IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| YAYHA HIDAIS,<br><br>           Plaintiff,<br><br>       v.<br><br>DARIAN PORTER, et al.,<br><br>           Defendants. | NO. C09-0512 TEH<br><br>ORDER TO SHOW CAUSE AS<br>TO WHY COMPLAINT<br>SHOULD NOT BE DISMISSED |

Plaintiff Yayha Hidais, a resident of Oakland, California, has filed this diversity action against Defendants alleged to be residents of Memphis, Tennessee. Compl. ¶¶ 4-5. She alleges that venue is proper in this district because she resides here. *Id.* ¶ 3. However, Plaintiff's residence is not a proper basis for determining venue. *See* 28 U.S.C. § 1391(a). Moreover, Plaintiff alleges that the event giving rise to this complaint – a motor vehicle collision – occurred in Memphis, Tennessee, rather than any place in this district, and Plaintiff alleges no facts as to why Defendants would be subject to personal jurisdiction in California. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in a written brief, to be filed on or before **February 20, 2009,** as to why this case should not be dismissed for lack of personal jurisdiction and/or improper venue.

**IT IS SO ORDERED.**

Dated: 02/06/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT